PS 8
(5/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 15 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

| U.S.A. vs. | Birrueta, Jose Manuel | Docket No. | 0980 2:13CR02094-004 -TOR |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Carrie A Valencia, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jose Manuel Birrueta, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the Court at Yakima, Washington, on the 21st day of August 2013, under the following conditions:

**Standard Condition #1:** Defendant shall not commit any offense in violation of Federal, state or local law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant is alleged to be in violation of his conditions of pretrial supervision in the Eastern District of Washington by failing to obey all laws.

According to information obtained, on November 14, 2013, agents with the Drug Enforcement Administration Drug Task Force and other Federal agencies served a search warrant at the defendant's residence. Agents found a box of 9mm ammunition, and a sawed off 410 gauge shotgun, and drug paraphernalia.

In a separate shed, located at the neighbor's residence, agents also located a quantity of prepackaged baggies each containing .4 grams of methamphetamine, a second box of 9 mm ammunition, and additional drug paraphernalia. According to information received, the defendant had placed a key lock on the shed and had sole control of the shed. Agents located the key to the shed on the defendant's key ring. Additionally, agents located 30 grams of cocaine in a coffee cup in a location bordering the defendant's property.

PRAYING THAT THE COURT WILL ORDER A WARRANT

                                    Respectfully submitted,
                              by    s/Carrie A. Valencia
                                    _____
                                    Carrie A Valencia
                                    U.S. Pretrial Services Officer

Sworn to before me, and subscribed

11/15/13
_____
Date              at Yakima, Washington

*James P. Hutton*
_____
Signature of Judicial Officer

PS-8

Re: **Birrueta, Jose Manuel**
Page 2

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

11/15/13
Date